## TENNESSEE GAS TRANSMISSION CO. *v.* MISSISSIPPI STATE TAX COMM'N.

No. 223.   Decided October 10, 1960.

*F. Cleveland Hedrick, Jr., John G. Brendel, C. S. Tindall* and *Fred S. Gilbert, Jr.* for appellant.

*John E. Stone* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## ATLANTA NEWSPAPERS, INC., ET AL. *v.* GRIMES, SHERIFF, ET AL.

No. 237.   Decided October 10, 1960.

*B. P. Gambrell* and *W. Glen Harlan* for appellants.

PER CURIAM.

The appeal is dismissed. *Rescue Army* v. *Municipal Court of Los Angeles,* 331 U. S. 549.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.